(March 5, 1908.)

FARMERS' CO-OPERATIVE DITCH COMPANY, a Corporation, Respondent, v. RIVERSIDE IRRIGATION DISTRICT, LTD., et al., Defendants and Respondents; PIONEER IRRIGATION DISTRICT, Defendant and Appellant.

[94 Pac. 764.]

APPEAL from the District Court of the Third Judicial District for the County of Ada.   Hon. George H. Stewart, Judge.

Action by the plaintiff to have the rights and priorities of the appropriators of water from the Boise river determined and decreed.   Cause tried and decree entered for the several claimants.   Defendant, the Pioneer Irrigation District, appealed from the judgment.   *Affirmed.*

W. E. Borah, and J. J. Blake, for Appellant.

J. C. Rice, Frank Martin, F. J. Smith, Silas Moody, Karl Paine, Walter Griffiths, Smith & Scatterday, S. H. Hays, Ira E. Barber, H. E. Wallace, W. A. Stone, and J. L. Niday, for Respondents.

PER CURIAM.—This appeal by the Pioneer Irrigation District is taken in the same case and from the judgment that has been considered in *Farmers' Co-operative Ditch Company v. Riverside Irrigation District et al.*, Respondents, and *Nampa & Meridian Irrigation District*, Appellant, just decided by this court, *ante*, p. 450, 94 Pac. 761.   The same questions are involved in this appeal as on that, and upon the authority of that case the judgment from which this appeal is taken will be affirmed.   Costs awarded in favor of respondents.